Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
LAURIE BRISTOL

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION

| | |
|---|---|
| LAURIE BRISTOL, | Case No.: 2:11-cv-04344-MMM -MRW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| H AND P CAPITAL, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, LAURIE BRISTOL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

1    DATED: March 21, 2012         KROHN & MOSS, LTD.

3                               By: /s/ Ryan Lee

4                                     Ryan Lee
                                     Attorney for Plaintiff

Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on March 21, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee, Esq.