Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400
F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DEVIN LEE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LAURIEL BRISTOL,<br><br>    Plaintiff,<br>v.<br><br>H AND P CAPITAL, INC.,<br><br>    Defendant. | Case No.: 2:11-cv-04344-MMM -MRW<br><br>**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND CONVERT TO JUDGMENT**<br><br>**Judge: Hon. Margaret Morrow**<br>**Date: 09/10/2012**<br>**Time: 10:00 a.m.**<br>**Location: Courtroom 780** |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on **September 10, 2012** at **10:00 a.m.** in **Courtroom 780** of the above-mentioned courthouse located at the United States District Courthouse, 255 E Temple St., Los Angeles, CA 90012, Plaintiff's Motion to Enforce Settlement and Convert to Judgment will be heard. Plaintiff files this motion based upon this notice, the memorandum of points and authorities, and the attached exhibits, and all files, pleadings and records in this action. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 5, 2012.

NOW COMES the Plaintiff, LAURIEL BRISTOL ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and moves this Honorable Court for entry of an order entering judgment in this matter against Defendant, H AND P CAPITAL ("Defendant"), for $3,000.00 in damages pursuant to the settlement between the parties and reasonable attorneys'

fees amounting to $290 for one hour of legal services.  In support thereof, Plaintiff states as follows:

1. On March 21, 2012, Plaintiff filed a Notice of Settlement, informing this Court that a settlement of the above matter had been reached and was in the process of being finalized.  [DE 21].

2. On March 22, 2012, this Court dismissed this action without costs and without prejudice and retained full jurisdiction over this action.  [DE 22].

3. On May 25, 2012, Plaintiff received, reviewed and executed the settlement agreement from Defendant.

4. On May 25, 2012, Plaintiff forwarded the executed release to Defendant.  *See* Plaintiff's email to Defendant with executed release attached hereto as Exhibit 1.

5. Pursuant to the executed settlement agreement, Defendant's first payment was due June 25, 2012.

6. On June 14, 2012, Plaintiff sent follow up email correspondence to Defendant, indicating payment had not been received.  *See* Plaintiff's first follow up email to Defendant attached hereto as Exhibit 2.

7. On July 5, 2012, Plaintiff conferred with Defendant in an effort to avoid filing this motion.  Defendant refused to remit payment to Plaintiff as required by the settlement.  *See* Plaintiff's email to Defendant memorializing conference attached hereto as Exhibit 3.

8. As of today's date, Defendant has yet to remit any amount of the settlement due to Plaintiff, and has therefore failed to fully satisfy the terms of the settlement.

9. Plaintiff filed the present motion to enforce the settlement on and to convert the settlement into a judgment so Plaintiff may exercise all legal remedies to effectuate payment.

PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND CONVERT TO JUDGMENT

10. In preparing and filing the present motion, counsel for Plaintiff performed one hour of legal services at a rate of $290 per hour. *See* Declaration of Ryan Lee attached hereto as Exhibit 4.

The Release and Settlement Agreement has been omitted, as the terms of the Agreement stipulated that the Agreement is to remain confidential. Should the Court wish to obtain the Agreement, Plaintiff hereby requests leave of court to file the Agreement under seal.

WHEREFORE, Plaintiff, LAURIEL BRISTOL requests that this Honorable Court enter judgment against Defendant for the settlement amount of $3,000.00, along with reasonable attorney's fees of $290.00.

Date: July 17, 2012                     RESPECTFULLY SUBMITTED,

By: /s/ Ryan Lee
Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax: (866) 802-0021
Attorney for Plaintiff

# PROOF OF SERVICE

I, Matthew Rosenthal, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025. On July 17, 2012, I served the following documents:

**1) Plaintiff's Motion to Enforce Settlement and Convert to Judgment**

On the parties listed below:

**Jeffrey A Paris**  Attorney for Defendants
Paris and Paris LLP
424 Pico Boulevard
Santa Monica, CA 90405-1197
310-392-8722
Fax: 310-392-1768
Email: pandp424@aol.com

By the following means of service:

[X] **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[ ] **BY FACSIMILE:** I transmitted the documents listed above by facsimile machine to the facsimile number listed above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X] **BY MAIL** (1013 a, 2015.5 CCP): I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on July 17, 2012, at Los Angeles, California.

By: _____
Matthew Rosenthal

PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND CONVERT TO JUDGMENT