UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAURIE BRISTOL,                              )   CASE NO. CV 11-04344 MMM (MRWx)
                                             )
                    Plaintiff,               )
                                             )   JUDGMENT FOR PLAINTIFF
          vs.                                )
                                             )
H & P CAPITAL, INC.,                         )
                                             )
                    Defendant.               )
                                             )
                                             )
                                             )
                                             )
                                             )
                                             )
_____        )

On December 11, 2012, the court issued an order granting plaintiff Laurie Bristol's motion to enforce the parties' settlement agreement. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That Laurie Bristol shall recover from H & P Capital, Inc:

        (A) the principal sum of $1,348.00; and

        (B) attorneys' fees of $387.00; and

    2.    That the action be, and it hereby is, dismissed.

DATED: December 11, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE